**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rafael SANCHEZ–HERNANDEZ,
Defendant–Appellant.**

**No. 12–10170.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2013.*

Filed Aug. 1, 2013.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Nathan Donlon Leonardo, Leonardo Law Offices, PLLC, Tucson, AZ, for Defendant–Appellant.

Rafael Sanchez–Hernandez, Manchester, KY, pro se.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

MEMORANDUM ***

Rafael Sanchez–Hernandez appeals from the district court's judgment and challenges the 30–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sanchez–Hernandez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Sanchez–Hernandez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

The government's motion to file a late letter is **GRANTED.**

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.